UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RIAD MICHAEL SHAMOUN,

    Plaintiff,

v.                                      Case No. 8:20-cv-280-TPB-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of United States Magistrate Judge Julie S. Sneed, entered on January 6, 2022. (Doc. 23). In her well-reasoned report, Judge Sneed recommends that: (1) the decision of the Commissioner of Social Security be affirmed; and (2) the Clerk be directed to enter final judgment in favor of the Commissioner and close the case. No party has filed an objection, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews

the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

After careful consideration of the record, including Judge Sneed's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Sneed's detailed factual findings and well-reasoned legal conclusions. As such, the decision of the Commissioner is affirmed.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Sneed's report and recommendation" (Doc. 23) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. The decision of the Commissioner of Social Security is **AFFIRMED**.
3. The Clerk is **DIRECTED** to enter final judgment in favor of the Commissioner of Social Security, and against Plaintiff Riad Michael Shamoun, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 25th day of January, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**